# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUAN L. PERRY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00461 |
| STATE OF TENNESSEE, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 40) recommending the Court grant Defendant's Motion for Summary Judgment (Doc. No. 27). No timely objection has been filed.

A party's failure to "timely object to a report and recommendation releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Regardless, the Court thoroughly reviewed the R&R and agrees with the Magistrate Judge's recommended disposition. Thus, the R&R is **APPROVED AND ADOPTED**. Defendant's Motion for Summary Judgment (Doc. No. 27) is **GRANTED**. Accordingly, this action is **DISMISSED WITH PREJUDICE**.

Separately, the Court notes that Plaintiff filed a Motion for Extension of Time to File a Response to Defendant's Motion for Summary Judgment (Doc. No. 41). Plaintiff's motion is

untimely, (see generally id. (filed after the Magistrate Judge issued the R&R)), and the Magistrate Judge has previously warned Plaintiff that it "will grant no further extensions" for Plaintiff to respond to the Defendant's Motion for Summary Judgement regardless of Plaintiff's *pro se* status. (Doc. No. 37 at 3). Therefore, Plaintiff's Motion for Extension (Doc. No. 41) is **DENIED**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE